UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN L. SCHULTZ            )
                            )
        Plaintiff,          )   Case No. C05-1396-RSM-JPD
                            )
    v.                      )
                            )
JO ANNE B. BARNHART, Commissioner  )   ORDER OF DISMISSAL
of Social Security Administration, )
                            )
        Defendant.          )
_____)

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Plaintiff's complaint (Dkt. #4) and this action are DISMISSED with prejudice; and

(3)  The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED this 21st day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1